## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAUL BLAHNIK and ADDISON POPPAS, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:15-CV-4735 |
| Plaintiffs, | ) ) | Hon. Judge John Z. Lee |
| v. | ) ) ) | |
| BOX OFFICE TICKET SALES, LLC, TICKETS IN TIME, LLC, JOHN UHRICH and HOWARD SCHWARTZ, | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, by and through their respective counsel of record stipulate and agree, pursuant to settlement, to entry of a Stipulated Order for Voluntary Dismissal of all Defendants with Prejudice.

NOW WHEREFORE, the Parties having requested the Court to enter this Order, and the Court having considered the Order between the Parties, IT IS HEREBY ORDERED:

A.  Defendants are voluntarily dismissed with prejudice

B.  Each Party shall bear their own costs and fees, except as otherwise provided by agreement.

ENTER: _____

John Z. Lee
United States District Court Judge
Northern District of Illinois

DATED: _____

Agreed as to form and substance, and respectfully submitted,

Dated:  August 8, 2017


PAUL BLAHNIK and ADDISON POPPAS

By: *James B. Zouras*
James B. Zouras
Ryan F. Stephan
Andrew C. Ficzko
Stephan Zouras, LLP
205 North Michigan Avenue, Suite 2560
Chicago, Illinois  60601

BOX OFFICE TICKET SALES, LLC,
TICKETS-IN-TIME, LLC, JOHN UHRICH,
and HOWARD SCHWARTZ


By: *Aaron A. Clark*
Aaron A. Clark, #20045
McGrath North
First National Tower, Suite 3700
1601 Dodge Street Omaha, NE 68102